IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-2531-JLK**

**GENERAL COMMITTEE OF ADJUSTMENT GO-245 UNITED TRANSPORTATION UNION**,

    Plaintiff,

v.

**BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, UNITED TRANSPORTATION UNION, BROTHERHOOD OF LOCOMOTIVE ENGINEERS, GENERAL COMMITTEE OF ADJUSTMENT GO-009,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

Consistent with the Joint Status Report (doc. #41), filed March 27, 2006, it is

**ORDERED** that this case is **DISMISSED**, the parties to bear their own costs and attorney fees.

Dated this 10th day of April, 2006.

                BY THE COURT:

                S/John L. Kane
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT