**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 01-cv-2531-JLK

GENERAL COMMITTEE OF ADJUSTMENT GO-245
OF THE UNITED TRANSPORTATION UNION,
         *Plaintiff*,

    *v.*


BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY, *et al.*,
            *Defendants*.

_____

**ORDER**
_____

Upon consideration of the Unopposed Motion by Plaintiff to Vacate the Order of

Dismissal (doc. #45), filed December 19, 2006, it is

**ORDERED**, that the Order of Dismissal, entered on April 10, 2006, is hereby

VACATED; it is

**FURTHERED ORDERED**, that the Order of this Court entered on June 28, 2005,

is REINSTATED and, pursuant to that Order, defendant General Committee of Adjustment

GO-009 of the United Transportation Union is directed to participate in the appropriate

Railway Labor Act adjustment board proceeding to resolve the dispute between it, plaintiff

GO-245 and defendant BNSF Railway Company regarding the meaning and application of

Article 50 of the Consolidated Yard Schedule; and it is

*FURTHER ORDERED*, that this action is STAYED and ADMINISTRATIVELY CLOSED until such time as the adjustment board has ruled in this dispute or one or more of the parties shows good cause that this action should be reopened.  The parties shall promptly inform this court when the adjustment board issues its decision.

Dated this 2nd day of January, 2007.

BY THE COURT:

*s/John L. Kane*
John L. Kane, SENIOR JUDGE
UNITED STATES DISTRICT COURT