UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:01-cv-2531-JLK

GENERAL COMMITTEE OF ADJUSTMENT GO-245
OF THE UNITED TRANSPORTATION UNION,
*Plaintiff*,

v.

BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY, *et al.*,
*Defendants*.

---

### ORDER OF DISMISSAL

---

Upon review of a Stipulation filed by plaintiff General Committee of Adjustment GO-245 of the United Transportation Union, and defendants BNSF Railway Company, United Transportation Union (UTU), UTU General Committee of Adjustment GO-009, and Brotherhood of Locomotive Engineers and Trainmen, a Division of the Rail Conference of the International Brotherhood of Teamsters (IBT), stipulating pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., that the above captioned action be dismissed with prejudice, with each party to bear its own costs, it is this _4_ day of January, 2008,

***ORDERED***, that the case be DISMISSED with prejudice, with each party to bear its own costs.

John L. Kane
United States District Judge